ORIGINAL

MISC 20-0207

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X

ISMET KUKIC
a/k/a ISMET KUKAJ

    Plaintiff,

 -against-

USA

    Defendant(s).
————————————————————X

KOVNER, J

MOTION To EXPUNGE

_____ MC_____ ( )

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of __ISMET KUKAJ__, sworn to or affirmed __January 23__, 20__20__ and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the ___ day of _____, 20___, at _____ or as soon thereafter as pro se petitioner can be heard, for an order granting

my motion to seal and or expunge the record in 1:01-cr-00416-ILG-19

Dated: Westchester, New York

   January 23, 2020

Plaintiff Pro Se

_Signature_
Ismet Kukaj
Print Name
23 Sunnyside Terrace
Address
Eastchester, NY 10709

Phone # 917-567-8899

RECEIVED JAN 23 2020 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————X
ISMET KUKIC
a/k/a/ ISMET KUKAJ

       Plaintiff,        AFFIDAVIT/AFFIRMATION

  -against-                _____MC____( )

USA

       Defendant(s).
——————————————————X

STATE OF NEW YORK    )
COUNTY OF Westchester  ) ss.:

I, __ISMET KUKAJ__, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, __ISMET KUKAJ__, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order <u>granting my motion to seal/expunge my record 1:01-cr-00416-ILG-19</u>. The reason why I am entitled to the relief I seek is the following: __See attached page.__

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this 23rd day of January, 2020

_____
Notary Public

_____
Signature

ISMET KUKAJ
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

ALFRED A. DELICATA
Notary Public, State of New York
No. 02DE6349510
Qualified in Westchester County
Commission Expires October 17, 2020

I believe I am entitled to the relief that I am seeking for the following reasons:

At no time, did I ever ask for, or accept any payment in connection with my union employment;

I decided to plead guilty because at the time I had two young daughters and a one month old son and I did not want to risk a lengthy incarceration and not be able to support my family and be a part of their lives and upbringing;

At the time of sentencing, AUSA Daniel Dorsky on the record stated I was a "schmuck who was in the wrong place at the wrong time";

After my guilty plea was entered the count I was charged with was tossed out along with that of Abe Weider by Your Honor. At sentencing, Your Honor said that your hands were tied based upon the guidelines and your sentenced me to a year and one day which afforded me the opportunity to get a 15% reduction in my overall sentence. You also advocated that I be incarcerated as close to home as possible;

Since my incarceration, I have led a productive life, have been a solid, upstanding member of the community with no subsequent criminal activity;

I have been married for over 27 years to the same wonderful woman and have 3 children with her, my eldest in medical school at Pace University, my second pursuing a Masters at Manhattan College and the third deciding on which college to attend to pursue a criminal justice degree;

My youngest is contemplating a career in Federal Law Enforcement and I would be remiss if I did not do everything in my power to insure that the mistakes of his father did not come back to haunt or otherwise harm any future application that he submits in connection with his career goals;

I have obtained my certificate of Relief from Disabilities from the NYS Department of Parole from the underlying charges;(See attached)

I have successfully applied for and obtained a TWIC card (Transportation Worker Identification Credential) from the TSA which did a full background check and threat assessment clearance which give me access to any US port or airport without escort services to restricted areas; (See attached)

I am an honorary member of the New York State Troopers PBA; (See attached ID)

I am on the Board of Directors for the Morrisania Revitalization Corporation "MRC" which is a South Bronx community based organization which operates charter schools and runs food pantries to feed the homeless of which I am personally involved.



41186 MJM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

White Plains, NY
December 5, 2006

Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

Ismet Kukic
23 Sunnyside Terrace
Eastchester, NY 10709

Re: Expiration of
Supervised Release Term

Dear Mr. Kukic:

Please be advised that the sentence/term of supervised release imposed in U.S. District Court, Eastern District of New York on November 27, 2002, under Docket number 01 CR 416, which commenced on December 3, 2003, reached expiration and was completed as of December 2, 2006.

Please contact the undersigned officer if you have any questions.

Very truly yours,

Chris J. Stanton
Chief U. S. Probation Officer

Mark J. Maffucci
U.S. Probation Officer
914-390-4049

NYC Office Location:

Woolworth Building
233 Broadway, 14th Floor
New York, NY 10279
212.805.0040
212.805.0047 - Fax

NYC Office Mailing Address:

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White Plains Office:

United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

Middletown Office:

128 Dolson Avenue
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax



**CORRECTED COPY**  STATE OF NEW YORK  **CORRECTED COPY**

## CERTIFICATE OF RELIEF FROM DISABILITIES

Docket, File, or other Identifying No.
CR 05-106

*This certificate is issued to the holder to grant relief from all or certain enumerated disabilities, forfeitures, or bars to his employment automatically imposed by law by reason of his conviction of the crime or of the offense specified herein. This certificate shall NOT be deemed nor construed to be a pardon.*
SEE REVERSE SIDE FOR EXPLANATION OF THE LAW GOVERNING THIS CERTIFICATE
The Original Certificate is to be presented to the person to whom awarded. One copy is to be retained by the issuing agency, and one copy is to be filed with the N.Y.S. Div. of Criminal Justice Services, Executive Park, Stuyvesant Plaza, Albany, N.Y. 12203

| 1. For use by DCJS | HOLDER OF CERTIFICATE | | | 3. NYSID Number (If not known, supply fingerprints to DCJS. If fingerprints are unobtainable, complete items 15-18 below.) |
|---|---|---|---|---|
| | 2. Last Name | First Name | Middle Initial | |
| | KUKIC, | Ismet (aka: KUKAJ, Ismet) | | 5415886N |

| 4. Crime or offense for which convicted | 5. Date of arrest | 6. Date of sentence |
|---|---|---|
| Conspiracy to Defraud the United States | 4/25/01 | 11/27/02 |

| 7. Court of disposition (Court, Part, Term, Venue) | 8. Certificate Issued by: |
|---|---|
| United States District Court Eastern District of New York | a ☐ COURT INDICATED IN NO. 7<br>b ☒ STATE BOARD OF PAROLE |

| 9. Date this certificate issued | 10. If this Certificate replaces Certificate of Relief From Disabilities previously issued, give date of previous Certificate. |
|---|---|
| June 21, 2005 | Date: ☒ Not Applicable |

**11. CHECK ONE BOX ONLY**
This certificate shall:

a ☐ Relieve the holder of all forfeitures, and of all disabilities and bars to employment, excluding the right to retain or to be eligible for public office, by virtue of the fact that this certificate is issued at the time of sentence. The Date of Sentence in this case must agree with the Date Certificate Issued.

b ☐ Relieve the holder of all disabilities and bars to employment, excluding the right to be eligible for public office.

c ☒ Relieve the holder of the forfeitures, disabilities or bars hereinafter enumerated __removes all legal bars and disabilities to employment, license and privilege except those pertaining to firearms under Sections 265.01(4) and 400.00 of the Penal Law and except the right to be eligible for public office.__

12. ☐ This certificate shall be considered permanent.

☒ This certificate shall be considered temporary until __discharged from probation__. After this date, unless revoked earlier by the issuing court or parole board, this certificate shall be considered permanent. A person who knowingly uses or attempts to use a revoked certificate in order to obtain or exercise any right or privilege that he would not be entitled to obtain or to exercise without valid certificate shall be guilty of a misdemeanor.

| 13. Signature of issuing official(s) | Print or type name(s) | 14. Title(s) |
|---|---|---|
| *[signatures]* | Marietta S. Gailor | COMMISSIONER |
| | L. LAZZRI | COMMISSIONER |
| | T. Grant | COMMISSIONER |

Complete the following for DCJS, only if fingerprints are not obtainable

| 15. Sex | 16. Color | 17. Height | 18. Date of Birth (Month, Day, Year) |
|---|---|---|---|
| ☐ Male ☐ Female | | | |

I HEREBY CERTIFY, PURSUANT TO SECTION 2105 OF THE C.P.L.R., THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURTS OF THE STATE OF NEW YORK, THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF, AND THAT IT IS A TRUE AND COMPLETE COPY OF THAT ORIGINAL.

Form DP-53 (Rev. 9/72)

## POLICE BENEVOLENT ASSOCIATION
### OF THE
### NEW YORK STATE TROOPERS



This shall certify that
**Ismet Z. Kukaj**
whose photograph is affixed
hereto is a duly appointed
**HONORARY**
POLICE BENEVOLENT ASSOCIATION



Control ID: I.Z.K.

Expiration Date: 12/31/2026

PBA President

Delegate



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------- X
ISMET KUKIC :
C/K/C Ismet Kuku :
        Plaintiff, :
                                  :     Affirmation of Service
    -against- :
                                  :     _____ MC _____ ( )
        Defendants. :
-------------------------------- X

I, __Ismet Kukoj__, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon <u>the United States Attorney for the Eastern District of New York</u> whose address is: <u>Office of the U.S. Attorney 271 Cadman Plaza East, Brooklyn, NY 11201</u>.

Dated: __January 23, 2020__
       __Westchest__, New York

__[signature]__
Signature

__23 Sunnyside Terrace__
Address

__Eastchester NY 10709__
City, State & Zip Code

__917 567-8899__
Telephone